# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

sisaacson@faillacelaw.com

April 27, 2018

**BY ECF**

Hon. Sarah Netburn  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

                      Re:      Arellano Aguilar, et al. v. T.R.F.C. 932 Restaurant, et al  
                                Case No. 17-cv-5960-RA

Your Honor:

      I am an attorney with Michael Faillace & Associates, P.C., attorneys for Plaintiffs in the above-referenced matter. Plaintiffs write jointly with Defendants' counsel to provide the Court with the parties' revised settlement agreement. In accordance with Your Honor's direction on the April 18, 2018 telephone conference, the parties have revised paragraph 4 of their settlement agreement. Plaintiffs still need to sign the releases (Exhibits A and B) and plan to do so by the end of next week. The parties respectfully request that Your Honor approve of the settlement agreement as fair.

      We thank the Court for its time and attention to this matter.

                                    Respectfully Submitted,

                                    /s/ *Michael Faillace*  
                                  Michael Faillace, Esq.  
                                  MICHAEL FAILLACE & ASSOCIATES, P.C.  
                                  *Attorneys for Plaintiffs*

cc:      James Cutro, Esq. (by ECF)  
         *Attorneys for Defendants*