```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JESUS ARMANDO ARELLANO AGUILAR, et al.,

                 **Plaintiffs,**                 17-CV-05960 (SN)

      -against-                          **ORDER**

T.R.F.C. 932 RESTAURANT ENTERPRISES,
LTD., et al.,

                 **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties appeared before the Court on April 18, 2018, for a telephone conference to discuss the terms of the settlement in this case. Counsel for the parties submitted a second proposed settlement agreement on April 26, 2018. (ECF No. 29.) Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is approved and this action is dismissed with prejudice.

**SO ORDERED.**

                                         _____
                                         SARAH NETBURN
                                         United States Magistrate Judge

DATED:    May 8, 2018
              New York, New York